**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-8159**
_____

FRANK L. HINTON,

            Petitioner - Appellant,

      v.

WARDEN, UNITED STATES PENITENTIARY - HAZELTON,

            Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert E. Maxwell, Senior District Judge.  (2:09-cv-00096-REM-JES)

_____

Submitted:  February 18, 1010      Decided:  February 26, 2010

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Frank L. Hinton, Appellant Pro Se.  Daniel W. Dickinson, Jr., Rita R. Valdrini, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank L. Hinton, a federal prisoner, appeals the district court's order adopting the magistrate judge's report and recommendation and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and the magistrate judge. Hinton v. Warden, USP Hazelton, No. 2:09-cv-00096-REM-JES (N.D.W. Va., Nov. 9, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED